1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   DOYLE WAYNE DAVIS,              )      1:06-cv-00371-AWI-DLB-HC
                                     )
12              Petitioner,          )      **ORDER ADOPTING FINDINGS AND**
                                     )      **RECOMMENDATIONS** (Doc. 5)
13   v.                              )
                                     )      **ORDER DISMISSING PETITION**
14   JAMES A. YATES, Warden,         )      **FOR WRIT OF HABEAS CORPUS**
                                     )
15              Respondent.          )
     _____)

16

17        Petitioner is a state prisoner proceeding pro se with a

18   Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

19        On April 25, 2006, the Magistrate Judge filed Findings and

20   Recommendations that the Petition for Writ of Habeas Corpus be

21   DISMISSED, without prejudice, as a successive petition.  These

22   Findings and Recommendations were served on all parties and

23   contained notice that any objections were to be filed within thirty

24   (30) days from the date of service of that order.  To date, the

25   parties have not filed objections to the Findings and

26   Recommendations.

27   //

28   /

                                      1

1     In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, including Petitioner's

4  objections, the Court concludes that the Magistrate Judge's

5  Findings and Recommendations are supported by the record and proper

6  analysis.  Petitioner's objections present no grounds for

7  questioning the Magistrate Judge's analysis.

8     Accordingly, IT IS HEREBY ORDERED that:

9     1.   The Findings and Recommendations, filed April 25, 2006,

10  are ADOPTED IN FULL; and,

11     2.   The Petition for Writ of Habeas Corpus is DISMISSED,

12  without prejudice, as a successive petition.

13

14  IT IS SO ORDERED.

15  **Dated:    June 27, 2006**          **/s/ Anthony W. Ishii**

16  0m8i78                       UNITED STATES DISTRICT JUDGE

2